# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Jaclyn Murr,

        Plaintiff,

vs.

CheckRedi of Kentucky, LLC,

        Defendant.

Civil Action No.: 8:19-cv-00588-SCB-CPT

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Jaclyn Murr ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 23, 2019

        Respectfully submitted,

        */s/ Janelle A. Weber*
        Janelle A. Weber, Esq.
        Florida Bar No. 017630
        Law Office of Janelle A. Weber, P.A.
        1520 W. Cleveland St., Ste. A
        Tampa, FL 33606
        Telephone: (813) 982-3663
        Facsimile: (813) 982-3810
        E-mail: jweber@janelleweberlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Janelle A. Weber*

Janelle A. Weber